STATE OF NEW JERSEY v. KEITH SCRUGGS.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL MARSDEN.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL DOSCH.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE BRUNSON.

September 5, 1984.

Petition for certification granted.

STATE OF NEW JERSEY v. BERNARD S. REID.

September 5, 1984.

Petition for certification denied.